**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| CHRIS FUSETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-2905 |
| | ) | |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CHRIS FUSETTI, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

November 15, 2018         By: /s/ Michael S. Agruss
                                Michael S. Agruss
                                SBN: 6281600
                                Agruss Law Firm, LLC
                                4809 N. Ravenswood Ave.
                                Suite 419
                                Chicago, IL 60640
                                Tel: 312-224-4695
                                Fax: 312-253-4451
                                michael@agrusslawfirm.com
                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On November 15, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Michael S. Agruss
Michael S. Agruss