**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| CHRIS FUSETTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:18-cv-2905 |
| | ) |
| BROKER SOLUTIONS, INC. d/b/a NEW | ) |
| AMERICAN FUNDING, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CHRIS FUSSETTI, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING.

RESPECTFULLY SUBMITTED,

December 17, 2018          By: /s/ Michael S. Agruss
                                           Michael S. Agruss
                                           SBN: 6281600
                                           Agruss Law Firm, LLC
                                           4809 N. Ravenswood Ave.
                                           Suite 419
                                           Chicago, IL 60640
                                           Tel: 312-224-4695
                                           Fax: 312-253-4451
                                           michael@agrusslawfirm.com
                                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On December 17, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel.

> By: /s/ Michael S. Agruss
> Michael S. Agruss